98 So.2d 443

**Robert S. ROBINSON**

v.

**STATE.**

6 Div. 210.

Supreme Court of Alabama.

Nov. 21, 1957.

V. H. Carmichael, Fite, Wilson & Fite, Jasper, for petitioner.

John Patterson, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

As we construe it, the opinion of the Court of Appeals is to the effect that the evidence was sufficient to put the case to the jury on the issue of whether or not the prohibited beverages were found on appellant's premises. We think the evidence set out in the opinion of the Court of Appeals is sufficient for that purpose.

The writ of certiorari is denied.

LAWSON, MERRILL and COLEMAN, JJ., concur.